UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEMAL GULUM, *as Administrator c.t.a of the Estate of Fatouma Gulum*,

Plaintiff,

-v-

PERMANENT MISSION OF THE PEOPLE'S DEMOCRATIC REPUBLIC OF ALGERIA TO THE UNITED NATIONS,

Defendant.

26 Civ. 3079 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On July 23, 2026, this Court ordered Plaintiff to "file an update on service every thirty days, until service is effectuated, beginning on August 21, 2026." Dkt. 8. That date has passed without Plaintiff filing the required update. Plaintiff shall do so by August 26, 2026, and then every thirty days thereafter, until service is effectuated. The Court reminds Plaintiff that the failure to adhere to its Orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: August 24, 2026
New York, New York

JOHN P. CRONAN
United States District Judge